**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

GEORGIE PRATT,

     Plaintiff,

v.

SYNCHRONY BANK; EQUIFAX
INFORMATION SERVICES LLC; and
TRANSUNION, LLC

     Defendants.

Case No.: 6:24-cv-02199-JSS-UAM

**NOTICE OF SETTLEMENT AS TO
DEFENDANT TRANSUNION, LLC**

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Synchrony Bank and Equifax Information Services, LLC remain pending.

     Respectfully submitted February 13, 2025

*/s/ Trescot Gear*
Gear Law, LLC
1405 W. Swann Ave.
Tampa, FL 33606

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Trescot Gear*